# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH & PATRICIA BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3138 |
| | § | |
| STERLING & KING, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT

Plaintiffs Joseph and Patricia Brown have filed a motion for entry of default and for default judgment against defendant Sterling & King, Inc. The defendant has been served but has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default proper.

Joseph and Patricia Brown has filed an affidavit and exhibits in support of their claims for actual damages and reasonable attorney fees. They have also sent the defendant notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

Joseph and Patricia Brown have established their entitlement to the entry of default and to default judgment against Sterling & King, Inc. in the amount of $4,756.00, representing statutory damages of $1,000 under 15 U.S.C. § 1692(k)(a)(2)(A), reasonable attorney's fees in the amount of $3,756.00, and costs of court in the amount of $425.00. The

motions for default and default judgment are granted. Final judgment is entered by separate order.

        SIGNED on February 27, 2009, at Houston, Texas.

                                        Lee H. Rosenthal
                                  United States District Judge