IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH & PATRICIA BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3138 |
| | § | |
| STERLING & KING, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiffs Joseph and Patricia Brown recover Sterling & King, Inc. the principal sum $4,756.00, attorney's fees in the amount of $3,756.00, and costs of court in the amoung of $425.00, plus postjudgment interest at the rate of .64% *per annum*.

This is a final judgment.

SIGNED on February 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge